# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| In re: | Westbrooks, Charles L | § | Case No. 08 B 30581 |
|---|---|---|---|
| | Westbrooks, Deidra H | § | |
| | Debtors | § | |
| | | § | |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/10/2008.

2) The plan was confirmed on 01/22/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 05/07/2009.

4) The trustee filed action to remedy default by the debtor in performance under the plan on (NA).

5) The case was dismissed on 09/17/2009.

6) Number of months from filing or conversion to last payment: 6.

7) Number of months case was pending: 12.

8) Total value of assets abandoned by court order: (NA).

9) Total value of assets exempted: $30,089.00.

10) Amount of unsecured claims discharged without full payment: $0.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (09/01/2009)

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $10,950.00 |
| Less amount refunded to debtor | $0 |
| **NET RECEIPTS:** | **$10,950.00** |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,124.00 |
| Court Costs | $0 |
| Trustee Expenses & Compensation | $736.26 |
| Other | $0 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,860.26** |

Attorney fees paid and disclosed by debtor      $650.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Illinois Dept of Revenue | Priority | $1,529.00 | $981.71 | $981.71 | $0 | $0 |
| Internal Revenue Service | Priority | $4,000.00 | $9,616.74 | $9,616.74 | $0 | $0 |
| Car Financial Services | Secured | $14,466.00 | $14,465.97 | $14,465.97 | $2,457.88 | $0 |
| Nissan Motor Acceptance Corporation | Secured | $27,261.00 | $27,261.00 | $27,261.00 | $4,631.86 | $0 |
| Access Credit Union | Unsecured | $604.00 | $450.15 | $450.15 | $0 | $0 |
| Advance America | Unsecured | $1,310.00 | NA | NA | $0 | $0 |
| Advance America | Unsecured | $2,628.00 | NA | NA | $0 | $0 |
| Affinity Cash Loans | Unsecured | $1,293.00 | $545.95 | $545.95 | $0 | $0 |
| Affinity Cash Loans | Unsecured | $1,342.00 | $627.60 | $627.60 | $0 | $0 |
| Aspen/Fb&T | Unsecured | $514.00 | NA | NA | $0 | $0 |
| Aspire Visa | Unsecured | $1,267.00 | NA | NA | $0 | $0 |
| Asset Acceptance | Unsecured | $445.00 | $445.00 | $445.00 | $0 | $0 |
| Asset Care | Unsecured | $182.00 | NA | NA | $0 | $0 |
| AT&T | Unsecured | $677.00 | NA | NA | $0 | $0 |
| AT&T | Unsecured | $281.00 | NA | NA | $0 | $0 |
| AT&T Wireless | Unsecured | $1,430.00 | NA | NA | $0 | $0 |
| BMG Music Service | Unsecured | $33.00 | NA | NA | $0 | $0 |

*(Continued)*

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Cash Call | Unsecured | $2,572.00 | $2,856.60 | $2,856.60 | $0 | $0 |
| Cash Call | Unsecured | $2,600.00 | $2,889.74 | $2,889.74 | $0 | $0 |
| Chicago State University | Unsecured | $915.00 | NA | NA | $0 | $0 |
| City Of Chicago Dept Of Revenue | Unsecured | $50.00 | NA | NA | $0 | $0 |
| City Of Chicago Dept Of Revenue | Unsecured | $100.00 | $300.00 | $300.00 | $0 | $0 |
| CMS | Unsecured | $295.00 | NA | NA | $0 | $0 |
| Comcast | Unsecured | $1,014.00 | NA | NA | $0 | $0 |
| Commonwealth Edison | Unsecured | $677.00 | $738.39 | $738.39 | $0 | $0 |
| Continental Finance | Unsecured | $611.00 | NA | NA | $0 | $0 |
| Credit One Bank | Unsecured | $1,580.00 | NA | NA | $0 | $0 |
| Drive Financial Services | Unsecured | $1,020.00 | NA | NA | $0 | $0 |
| ECast Settlement Corp | Unsecured | $305.00 | $376.07 | $376.07 | $0 | $0 |
| ER Solutions | Unsecured | NA | $372.35 | $372.35 | $0 | $0 |
| First Cash Advance | Unsecured | $2,392.00 | $2,513.01 | $2,513.01 | $0 | $0 |
| Genesis Financial Svcs Dba USA We| Unsecured | $793.00 | $1,009.42 | $1,009.42 | $0 | $0 |
| HSBC | Unsecured | $850.00 | NA | NA | $0 | $0 |
| Illinois Dept of Revenue | Unsecured | $486.00 | $124.66 | $124.66 | $0 | $0 |
| Illinois Secretary Of State | Unsecured | $100.00 | NA | NA | $0 | $0 |
| Illinois State Tollway | Unsecured | $207.00 | $1,907.20 | $1,907.20 | $0 | $0 |
| Illinois Student Assistance Commissi| Unsecured | $2,584.00 | $2,335.11 | $2,335.11 | $0 | $0 |
| Instant Cash Advance | Unsecured | $420.00 | NA | NA | $0 | $0 |
| Instant Cash Advance | Unsecured | $420.00 | NA | NA | $0 | $0 |
| Internal Revenue Service | Unsecured | NA | $306.26 | $306.26 | $0 | $0 |
| Jefferson Capital Systems LLC | Unsecured | $618.00 | $701.66 | $701.66 | $0 | $0 |
| Loyola University Health System | Unsecured | $100.00 | NA | NA | $0 | $0 |
| Loyola University Health System | Unsecured | $722.00 | NA | NA | $0 | $0 |
| MCI Telecommunications | Unsecured | $584.00 | NA | NA | $0 | $0 |
| Municipal Collection Services | Unsecured | NA | $2,920.92 | $2,920.92 | $0 | $0 |
| Nicor Gas | Unsecured | $1,215.00 | $1,123.54 | $1,123.54 | $0 | $0 |
| Nissan Motor Acceptance Corporatio| Unsecured | NA | $134.22 | $134.22 | $0 | $0 |
| Orchard Bank | Unsecured | $248.00 | NA | NA | $0 | $0 |
| Pathology CHP S C | Unsecured | $167.00 | NA | NA | $0 | $0 |
| Peoples Energy Corp | Unsecured | $1,484.00 | $85.16 | $85.16 | $0 | $0 |
| Premier Bankcard | Unsecured | $332.00 | $338.37 | $338.37 | $0 | $0 |
| Premier Bankcard | Unsecured | $649.00 | $660.22 | $660.22 | $0 | $0 |
| Quest Diagnostics Inc | Unsecured | $145.00 | NA | NA | $0 | $0 |
| Quest Diagnostics Inc | Unsecured | $10.00 | NA | NA | $0 | $0 |

*(Continued)*

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Resurgent Capital Services | Unsecured | $322.00 | $405.60 | $405.60 | $0 | $0 |
| Resurgent Capital Services | Unsecured | $322.00 | $480.11 | $480.11 | $0 | $0 |
| Resurrection Health Care | Unsecured | $138.00 | NA | NA | $0 | $0 |
| Resurrection Health Care | Unsecured | $100.00 | NA | NA | $0 | $0 |
| RJM Pathology Consultants, LTD | Unsecured | $52.00 | NA | NA | $0 | $0 |
| Sallie Mae | Unsecured | $2,323.00 | NA | NA | $0 | $0 |
| SJM Marketing | Unsecured | $90.00 | NA | NA | $0 | $0 |
| Sprint | Unsecured | $556.00 | NA | NA | $0 | $0 |
| Sprint PCS | Unsecured | $465.00 | NA | NA | $0 | $0 |
| T Mobile USA | Unsecured | $67.00 | NA | NA | $0 | $0 |
| T Mobile USA | Unsecured | $366.00 | $165.95 | $165.95 | $0 | $0 |
| TCF Bank | Unsecured | $1,036.00 | NA | NA | $0 | $0 |
| Uic-Physicians Group | Unsecured | $10.00 | NA | NA | $0 | $0 |
| United States Dept Of Education | Unsecured | $52,188.00 | $66,245.51 | $66,245.51 | $0 | $0 |
| Village Of Bellwood | Unsecured | $2,720.00 | NA | NA | $0 | $0 |
| Village Of Bellwood | Unsecured | $250.00 | NA | NA | $0 | $0 |
| Village Of Stone Park | Unsecured | $150.00 | NA | NA | $0 | $0 |
| Village Of Stone Park | Unsecured | $150.00 | NA | NA | $0 | $0 |
| Washington Mutual | Unsecured | $373.00 | NA | NA | $0 | $0 |
| West Suburban Healthcare | Unsecured | $115.00 | NA | NA | $0 | $0 |
| Westlake Emergency Physicians | Unsecured | $292.00 | NA | NA | $0 | $0 |
| Westlake Emergency Physicians | Unsecured | $138.00 | NA | NA | $0 | $0 |
| Westlake Hospital | Unsecured | $75.00 | NA | NA | $0 | $0 |

UST Form 101-13-FR-S (09/01/2009)

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0 | $0 | $0 |
| Mortgage Arrearage | $0 | $0 | $0 |
| Debt Secured by Vehicle | $41,726.97 | $7,089.74 | $0 |
| All Other Secured | $66,245.51 | $0 | $0 |
| **TOTAL SECURED:** | $107,972.48 | $7,089.74 | $0 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $10,598.45 | $0 | $0 |
| **TOTAL PRIORITY:** | $10,598.45 | $0 | $0 |
| **GENERAL UNSECURED PAYMENTS:** | $24,813.26 | $0 | $0 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,860.26 |
| Disbursements to Creditors | $7,089.74 |
| **TOTAL DISBURSEMENTS:** | $10,950.00 |

UST Form 101-13-FR-S (09/01/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: November 3, 2009     By: /s/ MARILYN O. MARSHALL
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.